**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SCOTT PETTERSEN,

    Plaintiff,

v.                                                  Case No. 3:15-cv-859-J-39PDB

THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY,

    Defendant.

_____

**ORDER**

    This uninsured motorist case has had a slightly unusual procedural history. The goal of this Order is to get the case back on track and to decide the pending Motion to Dismiss (Doc. 6). First, plaintiff Pettersen has acknowledged that he filed an Amended Complaint (Doc. 16) without seeking the necessary leave of Court and "does concede that the Amended Complaint should be stricken" (Doc. 19 at 2). Once that is done, the case will revert to plaintiff's original Complaint (Doc. 2) which defendant Travelers has moved to dismiss (Doc. 6). In its response to Travelers' Motion to Strike the Amended Complaint, plaintiff has also provided his response to the Motion to Dismiss (Doc. 19).

    The Court understands that Florida law concerning first party insurance bad faith claims is in flux. Many courts, both state and federal, have written on the topic. See, e.g., GEICO Gen. Ins. Co. v. Paton, 150 So.3d 804 (Fla. 4th DCA 2014), pet. for review pending, No. SC15-63 (filed Jan. 9, 2015). In the interest of moving this case forward, the

undersigned chooses to rely on Judge Dalton's work in <u>Lawton-Davis v. State Farm Mutual Automobile Insurance Company</u>, No. 6:14-cv-1175-Orl-37GRK, 2014 WL 6674458 (Nov. 24, 2014), without further elaboration. This Order decides just the motions in this case and should not be used as precedent for future cases.

Accordingly, it is hereby

**ORDERED:**

1. The Travelers Home and Marine Insurance Company's Motion to Strike Plaintiff's Amended Complaint and to Deem Its Motion to Dismiss As Unopposed (Doc. 17) is **GRANTED** to the extent that the Amended Complaint (Doc. 16) is **stricken**. This means that the plaintiff will be traveling on his original Complaint (Doc. 2).

2. The Travelers Home and Marine Insurance Company's Motion to Dismiss Counts Two and Three of the Complaint (Doc. 6) is **GRANTED IN PART AND DENIED IN PART**. Count Two of the Complaint, which seeks a declaratory judgment, is **dismissed without prejudice**. Count Three of the Complaint, a first party bad faith action, acknowledged by plaintiff to be premature, is hereby **abated** only to be revisited as appropriate once Count One of the Complaint, sounding in breach of contract, has been finally determined.

3. Travelers should file an answer to Count One of the Complaint **no later than February 25, 2016**.

4. **No later than February 25, 2016**, the parties should submit a case management report so that the Court can schedule the case appropriately. A case

management report form is attached to this Order.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of February, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Counsel of record
attachment: CMR form